# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

1113 GOOD HOPE ROAD, SE
WASHINGTON, DC

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

CASE NUMBER:

(Further described below)

I   DAVID SWINSON   being duly sworn depose and say:

I am a(n)   Detective with the Metropolitan Police Department   and have reason to believe
(Official Title)

that
property known as 1113 Good Hope Road, SE is described as a red brick storefront structure with a red security gate and red door with the number "1113" affixed above the door on a white placard in black numerals. There is a sign in the window that states, "Southeast Radiator Repair".)

in the District of Columbia, there is now concealed a certain person or property, namely

In violation of statutes: 18 U.S.C. 371-Conspiracy to transport and/or received stolen goods; 18 U.S.C. 2314-Interstate transportation of stolen goods; 18 U.S.C. 2315 Receipt or possession of stolen goods; 18 U.S.C. 922 (g)(1)-Unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year; 18 U.S.C. 2-aiding and abetting. **For further description, see attached affidavit.**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)


concerning a violation of Title  18 U.S.C  United States Code, Section(s)  371, 2314, 2315, 922 (g) (1), 2 . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     YES ☐   NO

NANCY JACKSON
ORGANIZED CRIME NARCOTICS            Signature of Affiant
(202)202-307-0029
                                      ,

Sworn to before me, and subscribed in my presence


_____      at Washington, D.C.
Date

_____      _____
Name and Title of Judicial Officer        Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT FOR:

1113 Good Hope Road, S.E., Washington, D.C.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____

## I. BACKGROUND AND EXPERIENCE

1. I, David Swinson, after being duly sworn, depose and state:

I am a Detective with the Metropolitan Police Department ("MPD"), Washington, D.C. I have been a sworn member of MPD for over thirteen years. I am currently assigned to the Special Investigations Bureau Major Crimes Burglary and Fencing Unit. I have drafted affidavits in support of both arrest and search warrants that have led to the arrest of multiple felons and recovery of crucial evidence. Some of this evidence has been linked to reported crimes that have occurring years before the seizure of the evidence. My investigations have resulted in the arrest of numerous serial burglars and subjects who were trafficking in stolen property. I have recovered hundreds of thousands of dollars in stolen property. In addition, your affiant has worked with confidential sources of information over the past thirteen years. Information obtained from these sources has resulted in the execution of numerous District of Columbia , Superior Court and District Court search warrants on locations that were Trafficking in Stolen Property. They have also led to the recovery of hundreds of items of stolen property that has been returned to the owners.

2. Based on my experience with individuals who are known to traffic in stolen property, your affiant has learned that the traffickers will store property in hidden areas of the locations from which they work or at their residence or in vehicles until they can re-sell the items. Often times, they will

keep certain items for their own use or for members of the household. These types of items might jewelry, tools, televisions, appliances, electronics, computers, bikes, clothing or cell phones. These individuals will also maintain records that might include names and phone numbers of contacts who regularly buy stolen property from them or sell stolen property to them. Many times this kind of information is maintained on torn pieces of paper, in address books, pocket organizers and even in computers that have been stolen. It is also important with regard to stolen property, to make all attempts to determine ownership of the property and to locate any documents that might pertain to a particular item.

## II. LOCATIONS TO BE SEARCHED

3. This affidavit is being submitted in support of an application which seeks authorization to search the building located at 1113 Good Hope Road, S.E., Washington, D.C.

## III. DESCRIPTION OF PREMISES

4. 1113 Good Hope Road, S.E., Washington, D.C., is red brick storefront. There is a sign affixed to a window that reads, "Southeast Radiator Repair". There is a red in color security gate and a red front door. The address, "1113" are black in color and on a white placard that is affixed above the front door.

## III.  THE INVESTIGATION

5. This affidavit is based upon evidence and information that stems from a theft that occurred on January 23, 2008 at the Nieman Marcus Department Store located at 2255 International Drive, McLean, Virginia. In the preparation of this affidavit your affiant has relied upon video surveillance evidence used by the Loss Prevention Department of Nieman Marcus, knowledge of the subjects involved in the theft, confidential source information, evidence gathered during the execution of

search warrants and information provided by sworn members of the Metropolitan D.C. Police Department. Your affiant has included in this affidavit facts which he believes are sufficient to support a probable cause finding for the issuance of the requested search warrant but not all facts concerning this case that are known to your affiant.

6. On January 23, 2008, your affiant was contacted by a confidential source (hereinafter referred to as CS-1). CS-1 advised that three individuals CS-1 knows as "Man", "Tony" (Man's brother) and "Woot." had just committed a theft of (8) eight Chanel purses from the Tysons Corner Mall. Your affiant knows these three individuals to be WALTER ANTONIO DOUGLAS a/k/a "Man", ANTONIO DOUGLAS a/k/a "Tony" and JOHN WEST LYONS a/k/a "Woot."

7.WALTER ANTONIO DOUGLAS a/k/a "Man" is a convicted felon currently on Supervised Release in United States District Court, District of Columbia as well as probation with the State of Virginia. WALTER DOUGLAS has been convicted of robbery and theft in both Maryland and Virginia. Convictions in both of those jurisdictions involved the theft of high end jewelry such as Rolex watches and diamond bracelets. ANTONIO DOUGLAS a/k/a "Tony" is WALTER'S brother. ANTONIO DOUGLAS has robbery and theft convictions in Maryland and has been charged with Conspiracy to Commit Robbery (disposition unknown by your affiant) in Washington, D.C. JOHN WEST LYONS a/k/a "Woot" is currently wanted in Prince George's County Maryland on Armed Robbery, First Degree Assault, Second Degree Assault and Theft in

excess of $500. These charges stem from the November 19, 2007 robbery of the Macy's Department store located at 4101 Branch Avenue, Temple Hills, MD.

8. On January 23, 2008, your affiant spoke with the Manager of Loss Prevention at the Nieman Marcus Department Store located at 2255 International Drive, McLean, Virginia. The Manager advised that a theft had occurred at his store at approximately 12:55 p.m. by three black males. These three subjects stole, from Nieman Marcus, 8 (eight) Chanel purses. One of the purses was recovered outside of the store. The total theft was valued at $16,165.00. The theft was captured on video tape which your affiant has reviewed. While the faces are not clearly depicted, two of the subjects wore their hair in long dred locks. Both ANTONIO DOUGLAS and JOHN LYONS wear their hair in long dred locks. The third subject had a haircut which is similar to WALTER DOUGLAS. Based on a brief side view glimpse of the three fleeing felons, your affiant was able to identify WALTER DOUGLAS as one of the three fleeing felons.[1]

9. The video tape clearly depicts WALTER DOUGLAS wearing a reddish baseball cap with a tan insignia, a dark puffy coat, and black leather boots; ANTONIO DOUGLAS wearing a black baseball cap with a white insignia, a multi-colored jacket with a white design on the chest, back and sleeves, and brown leather boots with black soles; JOHN WEST LYONS wearing a tan floppy hat with a brim, and a tan pullover type sweater.

10. Another video shows that three subjects made their escape in a black LINCOLN Continental car with a front license plate that says "Auto Source" and a Maryland temporary tag on the rear of the vehicle. Additionally, the vehicle used in the theft was missing the gas cap and had

---

[1] Your affiant has significant prior contacts with WALTER DOUGLAS.

a had body damage to the left rear bumper. This same vehicle was observed by your affiant parked in the parking lot in front of 1737 W Street, S.E., (target residence).

11. CS-1 placed a telephone call to WALTER DOUGLAS on January 23, 2008, and allowed your affiant to listen to the conversation. Your affiant knows WALTER DOUGLAS and could recognize his voice as the person to whom CS-1 was talking. WALTER DOUGLAS told CS-1 that "all of the bags were gone."

12. CS-1 observed WALTER DOUGLAS and ANTONIO DOUGLAS inside of 1737 W Street, S.E. Apartment 106 on January 23, 2008. According to CS-1, ANTONIO DOUGLAS resides in this apartment. A query of law enforcement data bases shows both WALTER DOUGLAS and ANTONIO DOUGLAS living in different apartments at this address in the past.

13. CS-1 had a subsequent conversation with WALTER DOUGLAS on January 23, 2008, and WALTER DOUGLAS said that the three subjects were planning on committing a robbery on January 24, 2008 and wanted to know if CS-1 would accompany them. WALTER DOUGLAS told CS-1 that they were planning on robbing a jewelry store of diamond bracelets and a department store of more purses. DOUGLAS also said that they would be carrying pistols and wearing masks.

14. Based on the foregoing a warrant was issued on January 24, 2008, for the premises known as 1737 W Street, S.E. Apartment 106. That warrant sought evidence of the crimes of conspiracy, conspiracy to commit theft and robbery, Chanel purse labels, vehicle ownership documents pertaining to the Lincoln Continental getaway car, clothing worn by the subjects as well as firearms, documents containing leasee information, and other relevant evidence of the theft at Nieman Marcus as well as evidence of future store thefts and robberies.

15. That warrant was executed at approximately 1:50 p.m., on January 24, 2008. Recovered during the search was, inter alia, a handgun and some clothing worn during the theft of the Nieman Marcus Department Store located at 2255 International Drive, McLean, Virginia. The three subjects believed to have committed the theft were arrested in connection with the execution of the search warrant. One of those subjects informed law enforcement that the Chanel purses stolen during the theft were sold to "David," whom he described as the Italian guy who owns the liquor store, Rose Mar, located at 1537 Good Hope Road, S.E., Washington, D.C. and adjoins 1935 16th Street, S.E., Washington, D.C.[2] The subject stated further that they sold the purses to "David" inside of 1935 16th Street, S.E., Washington, D.C.

16. Based on the foregoing a warrant was issued on January 24, 2008, for the premises known as Rose Mar Liquor Store, located at 1537 Good Hope Road, S.E., Washington, D.C. and adjoining 1935 16th Street, S.E., Washington, D.C. The warrant sought evidence of the crimes of conspiracy, conspiracy to commit theft, Chanel purses, and other relevant evidence of theft.

17. That warrant was executed at approximately 7:45 p.m., on January 24, 2008. Located during the search, inter alia, were Chanel purses[3], 2 rifles, 2 pistols, 5 revolvers, 2 shotguns, various calibers of ammunition and magazines, approximately $23,628 in United States Currency, numerous

---

[2] The premises identified as Rose Mar Liquor Store located at 1537 Good Hope Road, S.E., Washington, D.C. adjoins 1935 16th Street, S.E., Washington, D.C. According to the subject involved in the theft, the two addresses are comprised of one building owned by "David." The subject also identified David's vehicle which was parked in front of 1935 16th Street, S.E. A check of D.C. DMV records revealed that David Nikolow is the registered owner of the vehicle identified by the subject. Additionally, the subject stated that David regularly fences high-end merchandise at 1935 16th Street, S.E., Washington, D.C.

[3] The Chanel purses recovered are believed to be those stolen from Nieman Marcus Department Store located at 2255 International Drive, McLean, Virginia.

mountain bikes, numerous construction tools, jewelry, shoes and clothing, and numerous Gucci, Chanel handbags and Coach handbags.

18.  Also located during the search were documents naming David Nikolow as lessee of Rose Mar Liquor Store and other documents listing David Nikolow's address as 1307 E Street, S.E., Washington, D.C.  Additionally, the vehicle described in footnote three is one of seven vehicles registered to David and Petra Nikolow at 1307 E Street, S.E., Washington, D.C.  On January 25, 2008, a female fitting the description of Petra Nikolow was seen entering the target premises, then leaving and entering a vehicle registered to her at that address and then leaving the residence.

19.  Based on the foregoing a warrant was issued on January 25, 2008, for the premises known 1307 E Street, S.E., Washington, D.C.  The warrant sought evidence of the crimes of conspiracy, conspiracy to commit theft, and theft.

20.  That warrant was executed at approximately 6:45 p.m., on January 25, 2008.  Located during the search was, inter alia, furs, jewelry, watches, handbags, documents and four firearms of which one was not functional due to a missing cylinder.

21.  Also seized were documents indicating that David Nikolow had purchased the entire building identified as 1113 Good Hope Road, S.E. Your affiant also confirmed, through a comprehensive report on a data base available to your affiant and law enforcement agencies, that David Nikolow purchased this property.  Your affiant along with members of MPD inspected 1113 Good Hope Road, Southeast and although it appears closed down and abandoned for retail purposes, it also appears as though the property is being utilized as a storage space for items not associated with the former business purpose.

22. A query of the National Crime Information Center (NCIC) for David Nikolow a/k/a Zweater Nikolou, FBI Number 723234T2 reflects a 1984 conviction in the District of Columbia for Trafficking in Stolen Goods and a 1986 conviction in the District of Columbia for Possession with the Intent to Distribute Marijuana and two counts of Unregistered Firearm, Unregistered Ammunition and Possession of a Prohibited Weapon. NCIC also reflects an arrest in 1997 by the Airport Authority of Washington D.C. for Carrying a Weapon.

Based on the foregoing your affiant submits that secreted within the confines of 1113 Good Hope Road, S.E., Washington, D.C., is evidence of the crimes of conspiracy, conspiracy to commit theft, and theft.

_____

DAVID SWINSON
Detective
Metropolitan Police Department, DC

Sworn to and subscribed before me
this ____ day of January 2008, the District of Columbia

_____
United States District Court Judge