AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1113 GOOD HOPE ROAD, SE
WASHINGTON, DC

**SEARCH WARRANT**

CASE NUMBER: 0 8 - 0 5 8 - M - 0 1

TO: __DAVID SWINSON__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective DAVID SWINSON__ who has reason to believe that

property known as 1113 Good Hope Road, SE is described as a red brick storefront structure with a red security gate and red door with the number "1113" affixed above the door on a white placard in black numerals. There is a sign in the window that states, "Southeast Radiator Repair".)

in the District of Columbia, there is now concealed a certain person or property, namely

In violation of statutes. 18 U.S.C 371-Conspiracy to transport and/or received stolen goods; 18 U.S.C. 2314-Interstate transportation of stolen goods; 18 U.S.C. 2315 Receipt or possession of stolen goods; 18 U.S.C. 922 (g)(1)-Unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year; 18 U.S C. 2-aiding and abetting. **For further description, see attached affidavit.**

☐ ☐ ☐

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __February 8, 2008__
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S Judge/U.S. Magistrate Judge, as required by law.

JAN 30 2008 @ 1:00 PM at Washington, D.C.

Date and Time Issued
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

**Deborah A. Robinson**
**United States Magistrate Judge**

Signature of Judicial Officer
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>1/30/08 | DATE AND TIME WARRANT EXECUTED<br>1/30/08  10:00 a.m. | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>on scene |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

See attached

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_

FILED
FEB 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date

_[signature]_
U.S. Judge or U.S. Magistrate Judge

2-11-08
Date

## SEIZING LIST

DATE: 1-31-08

LOCATION: 1113 Good Hope Road

ENTRY TIME/IN: 1000

ENTRY TIME/OUT: 1400

| Item # | Description | Location | Found By |
|---|---|---|---|
| 1 | Miles Auto Glass Red/Blk Wheeled Cart | | |
| 2 | Silver Tool Box | | |
| 3 | Tool Belt Various Tools Blk/Green | | |
| 4 | Porter-Cable CPF23-400S Red Compressor | | |
| 5 | Black Case Quantity (4) TRAK FAST Model TF1100 | | |
| 6 | Hilti TE-15 Nailer Red | | |
| 7 | Craftsman Reciprocating Saw Red | | |
| 8 | Craftsman Circular Saw Red/Tan | | |
| 9 | Samsonite 26" Suitcase Black | | |
| 10 | Lt Blue Bin Misc. Items | | |
| 11 | Misc. Books, Tapes Black Contico Trunk | | |
| 12 | 4 Computer Monitors | | |
| 13 | Dark Blue Bin Misc. Items | | |

Page 1 of 4

| Item # | Description | Location | Found By |
|---|---|---|---|
| 14 | ECHO Leaf Blower | | |
| 15 | Bosch 11311 EVS Hammer Drill | | |
| 16 | Kango Hammer Drill | | |
| 17 | Sears 4 speed Trolling Motor | | |
| 18 | Black & Decker Saw SC500 | | |
| 19 | 3 Pictures | | |
| 20 | 3 Milwaukee Drills | | |
| 21 | Technics Speakers SBA38 | | |
| 22 | Nordika Outlast Ski Boots | | |
| 23 | 2 Dewalt Drills Black Case | | |
| 24 | Bostitch Drill Black Case | | |
| 25 | Hilti TM-7511-VSR Drill | | |
| 26 | Measuring Stick | | |
| 27 | 5 Wood Golf Clubs | | |
| 28 | 1 set Ski's 4 Poles | | |
| 29 | Grey Bin Misc Jewellery | | |
| 30 | Yard Machine 3.5 Edger Red/Blk | | |
| 31 | Dewal Circular Saw DW362 | | |

Page 2 of 4

| Item # | Description | Location | Found By |
|---|---|---|---|
| 32 | Dewalt DW-106 Drill | | |
| 33 | 1 Bag iron horse + Wagon | | |
| 34 | 1 Silver Knife | | |
| 35 | 1 set silver placesettings | | |
| 36 | 1 Wood Box Gloves US Penny's | | |
| 37 | Box Skeleton Keys | | |
| 38 | Matchbox Cars | | |
| 39 | 2 Blue/white Vases | | |
| 40 | Robert EVAN US FLAG. | | |
| 41 | Jose Astulla Stabila Level | | |
| 42 | 2 Red Boxes Plumbing Rings | | |
| 43 | Brown Wood Box Misc Items | | |
| 44 | 1 Mink Stole "MCH" | | |
| 45 | Sawsall Milwaukee "Hamilton" | | |
| 46 | Dewalt DW-130 Drill | | |
| 47 | Bosch SDS-MAX Grey Box | | |
| 48 | Dewalt DW250 Drill | | |
| 49 | Snap-On ½" impact Wrench | | |

Page 3 of 4

| Item # | Description | Location | Found By |
|---|---|---|---|
| 50 | PorterCable Brad Nailer BN-125A | | |
| 51 | Grey Tool Box Misc "HEIL" | | |
| 52 | Blue Bin Misc. Jars Shoes Jewelery | | |
| 53 | Crusifix Picture | | |
| 54 | Box Books "Wealth" | | |
| 55 | Trailmaker Blk/Grey Back-Pack Misc. Tools | | |
| 56 | Redskin Bag Misc. Tools | | |
| 57 | Blue Bin Misc. Ammo | | |

Page 4 of 4